KEITH A. VOGT, ESQ.
TAKIGUCHI & VOGT, LLP
1415 W. 22nd Street, Tower Floor
Oak Brook, Illinois 60523-2021
Telephone: (630) 974-5707
Facsimile: (630) 423-9558
kvogt@takiguchiandvogt.com
(to be admitted *pro hac vice*)

EDWARD J. WRIGHT, ESQ. (#109469)
MARTENSEN ❖ WRIGHT PC
One Capitol Mall, Suite 670
Sacramento, California 95814
ew@usa-eurolaw.com
Telephone: (916) 448-9088
Facsimile: (916) 448-9084

Attorneys for Plaintiff
NOKIA CORPORATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NOKIA CORPORATION, a Finnish corporation,<br><br>  Plaintiff,<br>v.<br>JUSTIN KENNETH RIED, an Individual,<br><br>  Defendant. | Case No.<br><br>**PLAINTIFF NOKIA CORPORATION'S FED.R.CIV.P. RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Nokia Corporation states that there is no parent corporation and there is no publicly held corporation that owns

10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 3, 2014

MARTENSEN ❖ WRIGHT PC

By: _____
EDWARD J. WRIGHT, ESQ. (#109469)
MARTENSEN ❖ WRIGHT PC
One Capitol Mall, Suite 670
Sacramento, California 95814
Telephone: (916) 448-9088
Facsimile: (916) 448-9084
ew@usa-eurolaw.com


KEITH A. VOGT, ESQ.
TAKIGUCHI & VOGT, LLP
1415 W. 22nd Street, Tower Floor
Oak Brook, Illinois 60523-2021
Telephone: (630) 974-5707
Facsimile: (630) 423-9558
kvogt@takiguchiandvogt.com

(to be admitted *pro hac vice*)

Attorneys for Plaintiff